1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

7

8   | UNITED STATES OF AMERICA,

9   |     Plaintiff,

10  |     v.

11  | DEMETRIUS SCOTT,

12  |     Defendant.

2:19-CR-147-RFB-NJK

**Final Order of Forfeiture**

13   The United States District Court for the District of Nevada entered an Amended

14  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and 18

15  U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Demetrius

16  Scott to the criminal offense, forfeiting the property set forth in the Plea Agreement and the

17  Forfeiture Allegation of the Superseding Criminal Information and shown by the United

18  States to have the requisite nexus to the offense to which Demetrius Scott pled guilty.

19  Superseding Criminal Information, ECF No. 24; Plea Agreement, ECF No. 26;

20  Arraignment and Plea, ECF No. 28; Amended Preliminary Order of Forfeiture, ECF No.

21  34.

22   This Court finds that the United States may amend this order at any time to add

23  subsequently located property or substitute property to the forfeiture order pursuant to Fed.

24  R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

25   This Court finds no petition was filed herein by or on behalf of any person or entity

26  and the time for filing such petitions and claims has expired.

27   This Court finds no petitions are pending with regard to the property named herein

28  and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Raven Arms model MP-25 .25 caliber semiautomatic pistol, serial number 1670296;

2. 7 rounds of .25 caliber ammunition; and

3. any and all ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED __April 15,_____, 2020.


_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on February 11, 2020.

/s/ Heidi L. Skillin
HEIDI L. SKILLIN
FSA Contractor Paralegal