RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Demetrius Scott

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEMETRIUS SCOTT,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00147-RFB-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel E. Clarkson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Demetrius Scott, that the Revocation Hearing currently scheduled on May 21, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.　Counsel for the defendant needs additional time to conduct investigation into the allegations included in the petition and addendums, to meet and confer with the client, and to prepare a defense or mitigation for the hearing.

2.　The defendant is in custody and agrees with the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the Revocation Hearing.

DATED this 20th day of May, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By *Brandon C. Jaroch*<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | By *Daniel E. Clarkson*<br>DANIEL E. CLARKSON<br>Assistant United States Attorney |

2

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEMETRIUS SCOTT,<br><br>　　　　Defendant. | Case No. 2:19-cr-00147-RFB-NJK<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled for Thursday, May 21, 2020 at 11:00 a.m., be vacated and continued to  June 25, 2020  at the hour of  11 : 30   a .m.; or to a time and date convenient to the court.

　　DATED this 20th day of May, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3